UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ECKHARDT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC GAMING SOLUTIONS, LLC,<br><br>　　　　Defendant. | No. 2:22-cv-01747 KJM AC<br><br><br>ORDER |

　　　The court is in receipt of plaintiff's ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 36. The court has reviewed the filing and, upon finding good cause, GRANTS this motion. The clerk of court is hereby ORDERED to make the necessary arrangements to allow plaintiff to participate in electronic filing for this case.

　　　The court is also in receipt of plaintiff's ex parte motion to submit supporting evidence on thumb drives. ECF No. 35. This motion is premised on plaintiff's lack of access to electronic filing and is therefore rendered moot by the order above. The motion at ECF No. 35 is DENIED as MOOT.

　　　IT IS SO ORDERED.

DATED: May 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE