UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Eckhardt,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Dynamic Gaming Solutions, LLC,<br><br>　　　　　　　　Defendant. | No. 2:22-cv-01747 KJM AC (PS)<br><br>ORDER |

　　　　On July 8, 2025, the court issued a minute order setting the pretrial conference to take place on August 28, 2025. *See* ECF No. 64.  The court ordered the parties to submit a joint pretrial status report fourteen days in advance of the conference. *See id.*  As with all matters in this court, the court requires the parties to meet and confer prior to filing reports such as the pretrial status report. *See* Civil Standing Order 4.A(a).[1]  On July 31, 2025, the court issued a minute order warning plaintiff to stop attempting to file documents via email and to show cause within seven days as to why the court should not deprive the plaintiff of his electronic filing privileges given the inappropriate nature of his communications. *See* ECF No. 69; E.D. Cal. L.R. 133.  Plaintiff has not filed a direct response to this show cause order, although the court understands he has conveyed an unofficial apology to the courtroom deputy by email.  On

---

[1] https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5020/civil-standing-order/ (last accessed Aug. 18, 2025).

1

August 14, 2025, defendant submitted the required pretrial status report and informed the court that plaintiff did not participate in the making of the report and did not respond to defendant's multiple attempts to contact him. *See* ECF No. 70. Therefore, the plaintiff is now ordered to show cause **within seven days of this order** why this court should not dismiss this action given the critical late stage of this case and based on plaintiff's failure to prosecute due to his failure to comply with the court's standing orders and the local rules of this District, his failure to meet and confer with defendant and cooperate in the filing of a joint pretrial statement as the court ordered, and his failure otherwise to provide the court with any of the information it requires to confirm and set a trial date. *See* E.D. Cal. L.R. 281–282. Pending plaintiff's response to this order to show cause, the court **maintains** the pretrial conference set for August 28, 2025.

IT IS SO ORDERED.

DATED: August 18, 2025.

_____
UNITED STATES DISTRICT JUDGE